In the Matter of the Claim of JOHN KELLERMAN, Respondent, against JOHN A. MOST, Respondent, and UNITED STATES CASUALTY COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted March 14, 1933; decided April 11, 1933.)

*John S. Breckinridge, William H. Hotchkiss* and *William Butler* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: HUBBS, J.